Submitted on record and briefs August 1, appeal dismissed as moot August 24, 1988

DAVID L. LAWSON,
*Appellant,*

*v.*

PETERSON,
*Respondent.*

(87-C-11105; CA A46580)

759 P2d 336

Rebecca L. Hillyer and Hillyer, Larson & Wright, Salem, filed the brief for appellant.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and John A. Reuling, Jr., Assistant Attorney General, Salem, filed the brief for respondent.

Before Warden, Presiding Judge, and Van Hoomissen and Graber, Judges.

PER CURIAM

## PER CURIAM

Petitioner, an inmate at Oregon State Correctional Institute (OSCI), filed this habeas corpus action, alleging that the 20-minute exercise periods allowed each weekday in the administrative segregation section of OSCI are inadequate and, therefore, unlawful conditions of confinement. Petitioner, however, has been out of administrative segregation since November, 1987. The appeal, therefore, is moot.

Appeal dismissed as moot.